IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA on behalf of plaintiff and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GLASS MOUNTAIN CAPITAL, LLC, <br><br> Defendant. | 19-cv-5811 <br><br> Honorable Judge Kennelly <br><br> Magistrage Judge Cummings |

## NOTICE OF SETTLEMENT

Plaintiff Scott Dolemba and Defendant Glass Mountain Capital, LLC have resolved this matter on an individual basis. The parties are working on completing the settlement documents and anticipate filing a stipulation of dismissal in December, 2019.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
(312) 739-4200

 s/ Christina M. Flores (w/ consent)
Avanti D. Bakane
Chirag H. Patel
Christina M. Flores
GORDON REES SCULLY
    MANSUKHANI, LLP
1 N. Franklin Street, Suite 800
Chicago, IL 60606
(312) 565-1400

Andrew M. Schwartz
GORDON REES SCULLY
    MANSUKHANI, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
(215) 561-2300

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on November 6, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

Avanti D. Bakane
Chirag H. Patel
Christina M. Flores
GORDON REES SCULLY MANSUKHANI, LLP
1 N. Franklin Street, Suite 800
Chicago, IL 60606

Andrew M. Schwartz
GORDON REES SCULLY MANSUKHANI, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103

                                                              s/ Heather Kolbus
                                                               Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200